RECEIVED
IN MONROE, LA
FEB 0 8 2007
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WANDA SUE BOWMAN | CIVIL ACTION NO. 06-0441 |
| VERSUS | JUDGE ROBERT G. JAMES |
| SOCIAL SERVICES TENSAS PARISH, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 13], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff's claims be DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

MONROE, LOUISIANA, this  8  day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE